IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GREG JENKINS, SR. and GREG JENKINS, JR., | * |
| | * |
| Plaintiffs, | Case No. 7:19-CV-174(HL) |
| v. | * |
| Sgt MIKE LEE, TIMOTHY GLASSNER, Sheriff ASHLEY PAULK and LOWNDES COUNTY, GEORGIA, | * |
| | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to the jury verdict dated July 19, 2022, and Court's Orders dated June 10, 2021, and August 26, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 20th day of July, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk